1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 218
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:    (408) 938-1035
4
   Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiffs,<br><br>DARYL W. BOWERS, individually and doing business as BOWERS ELECTRIC,<br><br>Defendant.<br>_____ | CASE NO.:CV11-0874 PSG<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND [xxxxxxxxx] ORDER<br><br>Date: May 24, 2011<br>Time: 2:00 P.M.<br>Place: Courtroom 5, 4th Floor |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. The case is in the process of settling.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs would like to continue the case until July 26, 2011. Settlement negotiations are in progress and Plaintiffs expect the case to settle. Therefore, Plaintiffs request that the case be

**Law Office of Sue Campbell**
1155 N. First St,
Ste. 218
San Jose, CA 95112

1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER
No. CV11-0874 PSG

1  continued 60 days until July 26, 2011, for another Case Management Conference.

Respectfully submitted,

Dated: May 17, 2011          /S/_____
                             SUE CAMPBELL
                             Attorney for Plaintiff

**ORDER**

The Case Management Conference is hereby continued to July 26, 2011, at 2:00 P.M., in Courtroom 5, 4th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: May 19, 2011          _____
                             JUDGE OF THE U.S. DISTRICT COURT