UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MICHAEL GELLER, ET AL., | ) | Case No.: C-11-00874 PSG |
| Plaintiffs, | ) | **STANDBY ORDER TO SHOW CAUSE** |
| v. | ) | |
| DARRYL BOWERS, ET AL., | ) | |
| Defendants. | ) | |

The Court has been informed that the above-captioned action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties shall file a stipulation of dismissal no later than August 19, 2011. If a stipulation of dismissal is not filed by that date, the parties shall appear on September 20, 2011 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to Federal

Rule of Civil Procedure 41(b).

    IT IS SO ORDERED.

Dated:   July 25, 2011

                                   _____
                                   PAUL S. GREWAL
                                   United States Magistrate Judge