IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER and MIKE YARBROUGH et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DARYL BOWERS, individually and doing business as BOWERS ELECTRIC,<br><br>    Defendants.<br>                                      / | No. C 11-00874 WHA<br><br>**ORDER FOR PROOF OF SERVICE** |

Plaintiffs shall submit proof of service that Magistrate Judge Grewal's report and recommendation was sent to defendants.

**IT IS SO ORDERED.**

Dated: May 1, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE