Case3:11-cv-00874-WHA Document20 Filed05/23/12 Page1 of 1

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>DARYL W. BOWERS, individually and doing business as BOWERS ELECTRIC,<br><br>Defendant.<br>_____ / | No. C 11-00874 WHA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The undersigned has reviewed the report and recommendation of Magistrate Judge Paul Grewal and agrees that judgment should be granted for plaintiff in the amount of his recommendation for the reasons stated in the report (Dkt. No. 28). No objection was received in response to the report. This order therefore **ADOPTS** in full the report and recommendation of Judge Grewal. For the reasons stated therein, judgment shall be entered for against Bowers in the amount of $13,833.74.

**IT IS SO ORDERED.**

Dated: May 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE