United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIKE GELLER AND MIKE
YARBROUGH AS TRUSTEES OF THE
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL 302
HEALTH AND WELFARE AND
PENSION TRUST FUNDS,

      Plaintiffs,

  v.

DARYL W. BOWERS, individually and
doing business as BOWERS ELECTRIC,

      Defendant.

                             /

No. C 11-00874 WHA

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

     The undersigned has reviewed the report and recommendation of Magistrate Judge Paul

Grewal and agrees that judgment should be granted for plaintiff in the amount of his

recommendation for the reasons stated in the report (Dkt. No. 28).  No objection was received in

response to the report.  This order therefore **ADOPTS** in full the report and recommendation of

Judge Grewal.  For the reasons stated therein, judgment shall be entered for against Bowers in

the amount of $13,833.74.

    **IT IS SO ORDERED.**

Dated:  May 23, 2012.

                                             
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE